IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAURA DOLER                                                                                         PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:20-CV-218-SA-RP

CAPSTONE LOGISTICS, LLC                                                              DEFENDANT

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action is DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 22nd day of September, 2020.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE